In the Matter of the Estate of JAMES CARDWELL, Deceased. JAMES F. EGAN, as Public Administrator of New York County, Appellant; ROBERT CARDWELL, Respondent.

Argued April 9, 1946; decided May 29, 1946.

*Joseph T. Arenson* and *Joseph A. Cox* for appellant.

*Joseph H. Wackerman* and *Murty J. O'Connor* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.